No. 22-1710

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

ALICIA LOWE, JENNIFER BARBALIAS, DEBRA CHALMERS, NICOLE GIROUX, NATALIE SALAVARIA, ADAM JONES, GARTH BERENYI,

Plaintiffs-Appellants

v.

JANET T. MILLS, in her official capacity as Governor of the State of Maine, JEANNE M. LAMBREW, in her official capacity as Commissioner of the Maine Department of Health and Human Services, NANCY BEARDSLEY, in her official capacity as Acting Director for the Maine Center of Disease Control and Prevention, MAINEHEALTH, GENESIS HEALTHCARE OF MAINE, LLC, GENESIS HEALTHCARE, LLC, NORTHERN LIGHT EASTERN MAIN MEDICAL CENTER, MAINEGENERAL HEALTH

Defendants-Appellees

On Appeal from the United States District Court, District of Maine

## CONSENT MOTION TO SUBMIT APPEAL
## RELATING TO TITLE VII CLAIMS ON BRIEFS

James R. Erwin
Katherine L. Porter
Pierce Atwood LLP
Merrill's Wharf,
254 Commercial Street
Portland, Maine 04101
(207) 791-1100
*Counsel for Defendants-Appellees*

Defendants-Appellees MaineHealth, Genesis Healthcare of Maine, LLC, Genesis Healthcare, LLC, and MaineGeneral Health hereby move, pursuant to Fed. R. App. P. 34(a) and (f), and with the consent of all parties, that Plaintiffs-Appellants' appeal of the District Court's dismissal of their Title VII claims against Defendants-Appellees MaineHealth, Genesis Healthcare of Maine, LLC, Genesis Healthcare, LLC, Northern Light Eastern Maine Medical Center and MaineGeneral Health be decided on the briefs. In support of this motion, Defendants-Appellees state the following:

1. This appeal is currently scheduled for oral argument on May 4, 2023. The Court has allotted ten minutes for each side for oral argument.

2. The case concerns two discrete sets of claims against two discrete sets of Defendants-Appellees: violations of the U.S. Constitution against officials of the State of Maine ("State Defendants-Appellees"), and violations of Title VII against four healthcare providers ("Provider Defendants-Appellees").

3. The parties agree that in light of the time allotted for oral argument, the interests of justice would best be served by devoting all of that time to the constitutional claims against the State Defendants-Appellees.

4. The parties further agree that oral argument need not be required with respect to the Title VII claims against the Provider Defendants-Appellees, and that the case may be submitted for decision on the briefs on those claims.

5. If the Court grants this motion, Counsel for the Provider Defendants-Appellees would still attend oral argument and be available to the Court for questions, but they would otherwise rest on their briefs and would not offer any argument on the Title VII claims.

6. Counsel for all parties consent to granting of this motion.

DATED: April 26, 2023

*/s/ James R. Erwin*
James R. Erwin, Bar No. 33509
Katherine L. Porter, Bar No. 006714
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
207-791-1100
jerwin@pierceatwood.com
kporter@pierceatwood.com

Attorneys for Defendants-Appellees MaineHealth, Genesis Healthcare of Maine, LLC, Genesis Healthcare, LLC, MaineGeneral Health

# CERTIFICATE OF SERVICE

I, James R. Erwin, hereby certify that on April 26, 2023, I electronically filed the Consent Motion To Submit Appeal Relating to Title VII Claims On Briefs with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

DATED:  April 26, 2023

>
> */s/ James R. Erwin*
> James R. Erwin, Bar No. 33509
> PIERCE ATWOOD LLP
> 254 Commercial Street
> Portland, ME 04101
> 207-791-1100
> jerwin@pierceatwood.com
>
> Attorney for Defendants-Appellees
> MaineHealth, Genesis Healthcare of Maine,
> LLC, Genesis Healthcare, LLC,
> MaineGeneral Health